**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERYL ABNEY,<br><br>                  **Plaintiff,**<br><br>         **-v-**<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>                  **Defendant.** | **Civil Case Number:**<br><br>**2:25-cv-02867-WBS-AC**<br><br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 21, 2026, Stipulation of Dismissal with Prejudice, all claims asserted against Defendant in Civil Action No. **2:25-CV-02867-WBS-AC**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**

Dated:  April 22, 2026

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

DISMISSAL ORDER